CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED

for Roanoke

MAY 29 2012

JULIA C. DUDLEY, CLERK
BY: /s/ M Slip
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **HECTOR MOREL,** | ) | Civil Action No. 7:12-cv-00210 |
| Petitioner, | ) | |
| | ) | |
| **v.** | ) | **ORDER** |
| | ) | |
| **U.S. PAROLE COMMISSION,** | ) | **By:   Hon. Jackson L. Kiser** |
| Respondent. | ) | **Senior United States District Judge** |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that petitioner's petition for a writ of mandamus is **DISMISSED without prejudice**, pursuant to

28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this Order and the accompanying Memorandum

Opinion to petitioner.

**ENTER:** This ____20th____ day of May, 2012.

Senior United States District Judge